UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

            Plaintiff,

-against-

CONRAD B. MUHAMMAD a/k/a
CONRAD TILLARD a/k/a
MUHAMMAD CONRAD a/k/a
TILLARD B. CONRAD,

            Defendant.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 1568 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ AUG 3 1 2007 ★
P.M. _____
TIME A.M. _____

     An Order of Honorable John Gleeson, United States District Judge, having been filed on August 30, 2007, directing the Clerk of Court to enter a judgment of default against defendant in the amount of $20,971.15, reflecting the principal balance, interest, and filing of service fees as described in the affidavit of Michael T. Sucher dated June 25, 2007, and including $1,575.00 for attorneys' fees; it is

     ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, The United States of America, and against defendant, Conrad B. Muhammad a/k/a Conrad Tillard a/k/a Muhammad Conrad a/k/a Tillard B. Conrad, in the amount of $20,971.15, reflecting the principal balance, interest, and filing of service fees as described in the affidavit of Michael T. Sucher dated June 25, 2007, and including $1,575.00 for attorneys' fees.

Dated: Brooklyn, New York
       August 31, 2007

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn
     Terry Vaughn
     Chief Deputy of
     Court Operations